AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11MJ182A |
| CHRISTINE HALVORSEN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHRISTINE HALVORSEN

Date:   08/31/2011

*Attorney's signature*

Charles A. Tamuleviz
*Printed name and bar number*

DarrowEverett, LLP
1 Turks Head Place
Suite 1200
Providence, RI 02903
*Address*

ctamuleviz@darroweverett.com
*E-mail address*

401 453 1200
*Telephone number*

401 453 1201
*FAX number*