8690378

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

FILED
2018 AUG -7 A 8:09

| United States of America | ) |
|---|---|
| v. | ) |
| Christiine Halvorsen | ) Case No. 1:11-CR-00168-WES-LDA-01 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christine Halvorsen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date: 10/04/2017

*Issuing officer's signature*

City and state: Providence, RI

Kerrie Jacksoni, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/4/2017, and the person was arrested on *(date)* 08/02/2018
at *(city and state)* Providence, RI.

Date: 08/02/2018

*Arresting officer's signature*

Brenton Moore   DUSM
*Printed name and title*